UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT NO. 1:19-cr-00022 |
| | ) | |
| BRANDON JERMAL JENKINS | ) | |

## ORDER

Based on the Government's motion, leave of court is granted for the dismissal with prejudice, from Indictment No. CR 119-022 as to Defendant Brandon J. Jenkins.

So ORDERED, this 15th day of August 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA